# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles F. Graham,

    Petitioner,

vs.

Theodis Beck et al,

    Respondent(s).

JUDGMENT IN A CIVIL CASE

3:09cv149

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/20/2009 Order.

Signed: May 20, 2009

Frank G. Johns, Clerk
United States District Court